FILED
CHARLOTTE, NC

SEP 19 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 5:23-cr-38-KDB |
| v. | BILL OF INDICTMENT |
| JAVARIO DEVON ROBINSON | Violation: 18 U.S.C. § 922(g) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Prohibited Person)*

On or about April 6, 2023, in Catawba County, within the Western District of North Carolina, the defendant,

**JAVARIO DEVON ROBINSON**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, those are, one (1) Mossberg, model 500A, 12 gauge shotgun, one (1) Hawk Industries, model Pardner Pump, 12 gauge shotgun, one (1) Bushmaster, model XMI15-E2S, multicaliber rifle, one (1) Ruger, model LCR, .38 caliber revolver, one (1) Beretta, model APX, 9mm pistol, one (1) FEG, model PA63, 9mm pistol, one (1) Heritage Manufacturing, model Heritage Rough Rider, .22 caliber revolver, and one (1) Taurus, model The Judge, .45/.410 revolver, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

(Remainder of the page left intentionally blank)

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

a. One (1) Mossberg, model 500A, 12 gauge shotgun,
b. One (1) Hawk Industries, model Pardner Pump, 12 gauge shotgun,
c. One (1) Bushmaster, model XMI15-E2S, multicaliber rifle,
d. One (1) Ruger, model LCR, .38 caliber revolver,
e. One (1) Beretta, model APX, 9mm pistol,
f. One (1) FEG, model PA63, 9mm pistol,
g. One (1) Heritage Manufacturing, model Heritage Rough Rider, .22 caliber revolver, and all associated magazines and ammunition seized on or about April 6, 2023.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

BRANDON L. BOYKIN
ASSISTANT UNITED STATES ATTORNEY