# MINIMUM / MAXIMUM PENALTY FORM

## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Javario Robinson

Case Number: 5:23-cr-38-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|----------|---------|-------------------|---------------------|
| 1 | 18:922(g) | n/a | NMT 15 years: $250K; supervised release |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?   ☐ YES   ☒ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?   ☐ YES   ☒ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?   ☐ YES   ☒ NO
* 18 U.S.C. 924(C) ONLY

IF YES   ☐ BRANDISH

☐ DISCHARGE