# INDEX OF EXHIBITS FOR MOTION TO SUPPRESS
*United States v. Javario Robinson*
**Docket No. 5:23-CR-38-KDB**

Exhibit 1   Officer Adkins Body-Worn Camera Footage

Exhibit 2   Officer Carter Body-Worn Camera Footage

Exhibit 3   Lieutenant Miller Body-Worn Camera Footage

Exhibit 4   Search Warrant for Robinson's Home