# EXHIBIT 2
# Officer Carter Body-Worn Camera Footage
# (USB Drive)

MOTION TO SUPPRESS

*United States v. Javario Robinson*

Docket No. 5:23-CR-38-KDB