# EXHIBIT 3

# Lieutenant Miller Body-Worn Camera Footage

# (USB Drive)

MOTION TO SUPPRESS

*United States v. Javario Robinson*

Docket No. 5:23-CR-38-KDB