10                                                                                                         23-002690

| File No. | STATE OF NORTH CAROLINA | |
|---|---|---|
| **SEARCH WARRANT** | CATAWBA County | In The General Court Of Justice District/Superior Court Division |

### IN THE MATTER OF

430 S Center St
Hickory NC 28602

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

**Name Of Applicant**
T. JOHNSON

**Name Of Additional Affiant(s)**

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

### RETURN OF SERVICE

This Search Warrant is issued upon information furnished under oath or affirmation by the person(s) shown.

I certify that this Search Warrant was received and executed as follows:

| Date Received | Time Received |
|---|---|
| 4/6/23 | 4:38 ☐ AM ☒ PM |
| Date Executed | Time Executed |
| 4/6/23 | 4:55 ☐ AM ☒ PM |

☒ I made a search of 430 S Center Ct, Hickory

| Date Issued | Time Issued | Name (type or print) | Signature |
|---|---|---|---|
| 4-6-23 | 4:38 ☐ AM ☒ PM | S. Roberts | [signature] |

☐ Deputy CSC ☐ Assistant CSC ☐ CSC ☒ Magistrate ☐ District Ct. Judge ☐ Superior Ct. Judge

_____ as commanded.

**NOTE:** *When issuing a search warrant, the issuing official must retain a copy of the warrant and warrant application and must promptly file them with the clerk. G.S. 15A-245(b).*

☒ I seized the items listed on the attached inventory.
☐ I did not seize any items.
☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date and time of issuance and I hereby return it not executed.

This Search Warrant was delivered to me on the date and at the time shown below when the Office of the Clerk of Superior Court is closed for the transaction of business. By signing below, I certify that I will deliver this Search Warrant to the Office of the Clerk of Superior Court as soon as possible on the Clerk's next business day.

**Name Of Officer Making Return (type or print)**
T. JOHNSON

| Date | Time | Name Of Magistrate (type or print) | Signature Of Magistrate |
|---|---|---|---|
| 4-25-23 | 10:40 ☒ AM ☐ PM | J. Wood | [signature] |

**Signature Of Officer Making Return**
[signature]

This Search Warrant was returned to the undersigned clerk on the date and time shown below.

| Department Of Agency Of Officer | Incident Number | Date | Time | Name Of Clerk (type or print) | Signature Of Clerk | |
|---|---|---|---|---|---|---|
| HICKORY PD | 23-002690 | | ☐ AM ☐ PM | | | ☐ Dep. CSC ☐ Asst. CSC ☐ CSC |

Original - File   Copy - For Search of a Person, to Person from Whom Items Taken
Copy - For Search of Vehicle/Premises, to Owner or Person in Apparent Control; if No Such Person Present, Leave Copy Affixed Thereon

AOC-CR-119, Rev. 6/19
© 2019 Administrative Office of the Courts                                                   (Over)

USA_00000149

# APPLICATION FOR SEARCH WARRANT

USA_00000150

I, INV. T. D. JOHNSON,
*(Insert name and address; or if law enforcement officer, name, rank and agency)*

being duly sworn, request that the Court issue a warrant to search the person, place, vehicle, and other items described in this application and to find and seize the property and person described in this application. There is probable cause to believe that *(Describe property to be seized; or if search warrant is to be used for searching a place to serve an arrest warrant or other process, name person to be arrested)*
SEE ATTACHED

constitutes evidence of a crime and the identity of a person participating in a crime, *(Name crime)* ASSAULT WITH A DEADLY WEAPON

and is located *(Check appropriate box(es) and fill in specified information)*

☒ in the following premises *(Give address and, if useful, describe premises)*
SEE ATTACHED

(and)
☐ on the following person(s) *(Give name(s) and, if useful, describe person(s))*
N/A

(and)
☒ in the following vehicle(s) *(Describe vehicle(s))*
SEE ATTACHED

(and)
☒ *(Name and/or describe other places or items to be searched, if applicable)*
SEE ATTACHED

The applicant swears or affirms to the following facts to establish probable cause for the issuance of a search warrant:
SEE ATTACHED

SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Date

Date: 4/6/23
Signature: [signature]
☒ Magistrate ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court ☐ Judge

Name Of Applicant (type or print): T. JOHNSON
Signature Of Applicant: [signature]

☐ In addition to the affidavit included above, this application is supported by additional affidavits, attached, made by _____

☐ In addition to the affidavit included above, this application is supported by sworn testimony, given by _____

This testimony has been *(check appropriate box)* ☐ reduced to writing ☐ recorded, and I have filed any such writing/recording with the clerk.

**NOTE:** *If more space is needed for any section, continue the statement on an attached sheet of paper with a notation saying "see attachment." Date the continuation and include on it the signatures of applicant and issuing official.*

AOC-CR-119, Side Two, Rev. 6/19
© 2019 Administrative Office of the Courts

STATE OF NORTH CAROLINA
COUNTY OF CATAWBA

IN THE DISTRICT COURT OF JUSTICE
DISTRICT COURT DIVISION

IN THE MATTER OF

ATTACHMENT #1

430 S Center St
Hickory NC 28602

**ITEMS TO BE SEIZED**

Cellular telephones, personal communication devices, U.S. Currency, any and all weapons any other firearms, ammunition (fired or unfired), shell casings, pictures, video, still pictures to preserve the nature of the room; any and all hand written documents, documentary evidence indicating ownership, possession and control of the residence; any and all controlled substances, used/ unused drug paraphernalia.

**ITEMS TO BE SEARCHED**

The residence of 430 S Center St, Hickory NC 28602. Any and all outbuildings and vehicles on the property. Officers are standing by at the residence.

Sworn and Subscribed Before Me
On 04/06/2023

_____
MAGISTRATE/~~JUDGE~~
State of North Carolina
County of Catawba

_____
AFFIANT
Inv. T. Johnson
Hickory Police Department
Hickory, North Carolina
Page __1__ of __2__

STATE OF NORTH CAROLINA　　　　　　IN THE DISTRICT COURT OF JUSTICE
COUNTY OF CATAWBA　　　　　　　　　DISTRICT COURT DIVISION

IN THE MATTER OF

430 S Center St
Hickory NC 28602

**STATEMENT OF PROBABLE CAUSE　　　ATTACHMENT #2**

This AFFIANT swears to the following facts to establish probable cause for the issuance of a search warrant:

I, the undersigned, Investigator Tammie D. Johnson, have been a law enforcement officer for over eight years with the Hickory Police Department. I am currently assigned to the Criminal Investigations Division and was formerly assigned in the Patrol Division to the area of Southeast Hickory which is referred to as Charles PACT. In 2005, I graduated from Lenoir-Rhyne College with a Bachelor's degree. In 2012, I graduated with my Basic Law Enforcement Certification from Caldwell County Technical Community College with over 585 hours of training. In 2019, received my Intermediate Law Enforcement certificate from the North Carolina Criminal Justice Education and Training Standards Commission. During my time as a police officer, I have worked on numerous cases including, but not limited to, homicides, robberies, rapes, arsons, burglaries, larcenies, assaults, controlled substance violations, and breaking and enterings.

That this investigation involves probable cause to believe that on Thursday, April 6, 2023 at approximately 03:30 pm, Officer with the Hickory Police Department received a call for service in reference to a male with a single gunshot wound to the leg at 430 S Center St, Hickory, NC. There was blood in the sidewalk where he was laying.

When Officers arrived on scene, they located Javario Davon Robinson (B/M, DOB 09/11/1986) on the sidewalk in front of his residence 430 S Center St. Robinson was transport and then flown to a hospital. When Officer attempted to secure the residence, Robinson's father who is heavily intoxicated slammed and locked the door. Officers force entry to secure the residence.

A neighbor told Officers that she heard yelling and arguing coming from 430 S Center St and then heard one gunshot.

Javario Robinson has been charged several times for narcotics in the past and through my training and experience, drug user and dealer keep narcotics at their home.

The Affiant believes that the above facts provide probable cause to believe that evidence of the crime of shooting may be inside the residence as well as a firearm involved.

Affiant prays unto the court that a search warrant be issued for the aforementioned described item.

Sworn and Subscribed Before Me
On 04/06/2023

_____　　　　　　_____
MAGISTRATE/~~JUDGE~~　　　　　　　　　AFFIANT
State of North Carolina　　　　　　　　Inv. T. Johnson
County of Catawba　　　　　　　　　　Hickory Police Department
　　　　　　　　　　　　　　　　　　Hickory, North Carolina
　　　　　　　　　　　　　　　　　　Page 2 of 2

# STATE OF NORTH CAROLINA

CATAWBA County

File No. _____

In The General Court Of Justice
☒ District ☐ Superior Court Division

## IN THE MATTER OF:

Name
JAVARIO DAVON ROBINSON

## INVENTORY OF ITEMS SEIZED PURSUANT TO SEARCH

G.S. 15A-223, -254, -257

I, the undersigned officer, executed a search of:

Person, Premises Or Vehicle Searched
430 S CENTER ST, HICKORY NC

Date Of Search
04/06/2023

This search was made pursuant to
☒ 1. a search warrant issued by: MAGISTRATE S. ROBERT
☐ 2. consent to search given by: _____
☐ 3. other legal justification for the search: _____

The following items were seized:
- BLACK WALLET ($70 CASH)
- GLASS JAR CONTAINING MARIJUANA (3.98 GRAMS)
- BLACK POCKET KNIFE
- GREY SNEAKERS (SIZE 12)
- MISC. AMMO
- 12 GA SHOTGUN SHELL
- (6) .45 CAL BLAZER AMMO ROUNDS
- (2) BLACK RIFLE MAGAZINE
- COUNTERFEIT $100 BILL
- BLACK EXTENDED MAGAZINE
- (3) .45 CAL SHELLS
- (2) .410 SHELLS
- TAURUS JUDGE REVOLVER (S/N GM731995)
- BLACK RUGER LCR .38 SPECIAL REVOLVER (S/N 541-88627)
- 9MM MAGAZINE WITH AMMO
- .22 HERITAGE ROUGH RIDER REVOLVER (S/N 1BH459907)
- BERETTA HANDGUN (9 MM) WITH LOADED MAGAZINE (S/N AXC004195)
- FEG HUNGARY 9MM PISTOL IN CASE MODEL PA-63 (S/N HB4583)
- (2) BLACK RIFLE MAGAZINE WITH AMMO
- CRACK COCAINE 16.41 GRAMS
- AVENGER WATER BONG

Original - File
Copy - For Search by Warrant of a Person, to Person from Whom Items Taken
Copy - For Search by Warrant of Vehicle/Premises, to Owner or Person in Apparent Control; If No Such Person Present, Leave Copy Affixed Thereon
Copies - For Search by Consent, to Person Giving Consent and Owner of Vehicle/Premises Searched, If Known

(Over)

AOC-CR-206, Rev. 3/16
© 2016 Administrative Office of the Courts

Case 5:23-cr-00038-KDB-SCR   Document 19-5   Filed 02/02/24   Page 5 of 6
USA_00000153

Items Seized Continued:
- ANDRIOD CELL PHONE BLACK CASE
- BLACK UNION WALL SAFE
- HSR 12 GA SHOTGUN SHORT BARREL (S/N NZ924014)
- MOSSBERG 12 GA PISTOL GRIP PUMP SHOTGUN (S/N R762110)
- DELPHI TACTICAL RIFLE WITH SCOPE (S/N DPF-150080)
- BUSHMASTER .556 RIFLE WITH SCOPE MODEL XM15-E25 (S/NL391310)

☐ 1. I left a copy of this inventory with the person named below, who is:
   ☐ a. the owner of the premises searched.
   ☐ b. the owner of the vehicle searched.
   ☐ c. the person in apparent control of the premises searched.
   ☐ d. the person in apparent control of the vehicle searched.
   ☐ e. the person from whom the items were taken.

☒ 2. As no person was present, I left a copy of this inventory:
   ☐ a. in the premises searched, identified on the reverse.
   ☐ b. in the vehicle searched, identified on the reverse.

Name And Address Of Person To Whom A Copy Of This Inventory Was Delivered, If Any
JAVARIO ROBINSON
430 SOUTH CENTER ST
HICKORY NC 28602

The law enforcement agency identified below will hold the seized property subject to court order.

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Name Of Law Enforcement Officer (type or print) T. JOHNSON |
|---|---|
| Date | Name (type or print) J WOOD | Signature Of Law Enforcement Officer |
| ☐ Notary | Signature | Title Of Law Enforcement Officer INVESTIGATOR |
| SEAL | Date My Commission Expires | Name And Address Of Agency HICKORY POLICE DEPARTMENT 347 2ND AVE SW HICKORY, NC 28602 |
| | County Where Notarized | |

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court    ☒ Magistrate

**ACKNOWLEDGMENT OF RECEIPT**

I, the undersigned, received a copy of this inventory.

| Date | Signature Of Person Receiving Inventory |
|---|---|
| | |

AOC-CR-206, Side Two, Rev. 3/16
© 2016 Administrative Office of the Courts