IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:23-CR-00038-KDB-SCR

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | **ORDER** |
| JAVARIO DEVON ROBINSON, | |
| Defendant. | |

**THIS MATTER** is before the Court on the United States' Motion to Dismiss the Indictment (Doc. No. 26). Under Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Accordingly, the Court will **GRANT** this motion and dismiss the Indictment.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED**.

Signed: March 21, 2024

Kenneth D. Bell
United States District Judge